# **Exhibit B**

```
APPROVED AND FILED
CONNIE LAWSON
INDIANA SECRETARY OF STATE
02/01/2021 06:26 PM
```

## BUSINESS ENTITY REPORT

### NAME AND PRINCIPAL OFFICE ADDRESS

| | |
|---|---|
| **BUSINESS ID** | 2005021600440 |
| **BUSINESS TYPE** | Foreign For-Profit Corporation |
| **BUSINESS NAME** | NEXTGEAR CAPITAL, INC. |
| **ENTITY CREATION DATE** | 02/16/2005 |
| **JURISDICTION OF FORMATION** | Delaware |
| **PRINCIPAL OFFICE ADDRESS** | 6205-A PEACHTREE DUNWOODY RD., Atlanta, GA, 30328, USA |

### YEARS FILED

| | |
|---|---|
| **YEARS** | 2021/2022 |

### EFFECTIVE DATE

| | |
|---|---|
| **EFFECTIVE DATE** | 02/01/2021 |
| **EFFECTIVE TIME** | 6:26 PM |

### REGISTERED OFFICE AND ADDRESS

| | |
|---|---|
| **REGISTERED AGENT TYPE** | Business Commercial Registered Agent |
| **NAME** | CORPORATION SERVICE COMPANY |
| **ADDRESS** | 135 North Pennsylvania Street, Suite 1610, Indianapolis, IN, 46204, USA |

**APPROVED AND FILED**
CONNIE LAWSON
INDIANA SECRETARY OF STATE
02/01/2021 06:26 PM

| **PRINCIPAL(S)** | |
|---|---|
| **TITLE** | President |
| **NAME** | Stephen M. Rowley |
| **ADDRESS** | 6205-A Peachtree Dunwoody Road, Atlanta, GA, 30328, USA |
| | |
| **TITLE** | Treasurer |
| **NAME** | Maria Friedman |
| **ADDRESS** | 6205-A PEACHTREE DUNWOODY ROAD, Atlanta, GA, 30328, USA |
| | |
| **TITLE** | Secretary |
| **NAME** | Jennifer Hightower |
| **ADDRESS** | 6205-A Peachtree Dunwoody Road, Atlanta, GA, 30328, USA |
| | |
| **TITLE** | Vice President |
| **NAME** | Maria Friedman |
| **ADDRESS** | 6205-A Peachtree Dunwoody Road, Atlanta, GA, 30328, USA |
| | |
| **TITLE** | Vice President |
| **NAME** | Mary Vickers |
| **ADDRESS** | 6205-A PEACHTREE DUNWOODY ROAD, Atlanta, GA, 30328, USA |
| | |
| **TITLE** | Vice President |
| **NAME** | Mark F. Bowser |
| **ADDRESS** | 6205-A PEACHTREE DUNWOODY ROAD, Atlanta, GA, 30328, USA |
| | |
| **TITLE** | Vice President |
| **NAME** | David Francis Horan |
| **ADDRESS** | 6205-A PEACHTREE DUNWOODY ROAD, Atlanta, GA, 30328, USA |

> **APPROVED AND FILED**
> CONNIE LAWSON
> INDIANA SECRETARY OF STATE
> 02/01/2021 06:26 PM

## SIGNATURE

IN WITNESS WHEREOF, THE UNDERSIGNED HEREBY VERIFIES, SUBJECT TO THE PENALTIES OF PERJURY, THAT THE STATEMENTS CONTAINED HEREIN ARE TRUE, THIS DAY **February 1**, **2021.**

**SIGNATURE**      LUIS A. AVILA
**TITLE**      ASSISTANT SECRETARY

Business ID : 2005021600440
Filing No. :   8878608