UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:21-cv-2352 |
| | ) |
| MOHAMED AHMED BIBAS, | ) |
| | ) |
| Defendant. | ) |

## NOTICE TO PLAINTIFF OF FILING NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 & 1446, Defendant Mohamed Ahmed Bibas has given written notice to Plaintiff of the removal of this action and has filed a copy of the Notice of Removal with the Clerk of the Hamilton County Superior Court. A copy is attached hereto as **Exhibit A**.

Respectfully submitted,

 */s/ Colin E. Connor*
PLEWS SHADLEY RACHER & BRAUN LLP
Attorneys for Mohamed Ahmed Bibas

George M. Plews (Atty. No. 6274-49)
Colin E. Connor (Atty. No. 28504-49)
Nicholas J. Bognanno, (Atty. No. 35744-49)
PLEWS SHADLEY RACHER & BRAUN LLP
1346 North Delaware Street
Indianapolis, IN 46202-2415
Tel: (317) 637-0700

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was served on all counsel of record by the Court's electronic filing system on August 27, 2021.

>Michael G. Gibson (Atty. No. 29665-49)
>Tyler Marie Alford (Atty. No. 32495-29)
>11799 North College Avenue
>Carmel, IN  46032
>Telephone: (317) 740-3249
>
>*Attorneys for Plaintiff, NextGear Capital, Inc.*

*/s/ Colin E. Connor*