UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:21-cv-2352 |
| | ) |
| MOHAMED AHMED BIBAS, | ) |
| | ) |
| Defendant. | ) |

To: The Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this court, and I appear

in this case as counsel for: Defendant, Mohamed Ahmed Bibas.

Date: August 30, 2021

Respectfully submitted,


 /s/ Nicholas J. Bognanno
PLEWS SHADLEY RACHER & BRAUN LLP
Attorneys for Mohamed Ahmed Bibas

George M. Plews (Atty. No. 6274-49)
Nicholas J. Bognanno (Atty. No. 35744-49)
Colin E. Connor (Atty. No. 28504-49)
PLEWS SHADLEY RACHER & BRAUN LLP
1346 North Delaware Street
Indianapolis, IN 46202-2415
Tel: (317) 637-0700
Counsel for Defendant

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing document was served on

all counsel of record by the Court's electronic filing system on August 30, 2021.

        Michael G. Gibson (Atty. No. 29665-49)
        Tyler Marie Alford (Atty. No. 32495-29)
        11799 North College Avenue
        Carmel, IN  46032
        Telephone: (317) 740-3249

        *Attorneys for Plaintiff NextGear Capital, Inc.*

        */s/ Nicholas J. Bognanno*