UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:21-cv-2352-JMS-MJD |
| | ) |
| | ) |
| MOHAMED AHMED BIBAS, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Mohamed Ahmed Bibas, ("Defendant"), pursuant to Federal Rule of Civil Procedure 6(B, respectfully requests this Court grant an enlargement of time of forty-five (45) days to respond to Plaintiff, NextGear Capital, Inc.'s ("Plaintiff") Complaint. In support, Defendant states as follows:

1. Defendant's deadline to file a responsive pleading to Plaintiff's Complaint falls on September 7, 2021.

2. In the last few days, Plaintiff and Defendant have negotiated, and executed, a settlement agreement which will result in dismissal of this case once certain conditions are met.

3. Defendant seeks an enlargement of time of forty-five (45) days so that the parties may complete the obligations in the settlement agreement.

4. Counsel for Plaintiff does not have an objection to the motion for enlargement of time.

5. Such enlargement of time is necessary to allow the parties ample time to complete the obligations in the settlement.

6.  The requested enlargement would extend Defendant's deadline to file a responsive pleading up to and including October 22, 2021.

7.  No party will be prejudiced by the relief sought by this Motion. To the contrary, the extension will save time and effort for the parties and the Court.

8.  This Motion is not made for the purposes of delay.

WHEREFORE, Defendant requests the Court grant a forty-five (45) day extension of time, up to and including October 22, 2021, in which to file his responsive pleading, and all other just and proper relief.

Respectfully submitted,

/s/ Nicholas J. Bognanno
PLEWS SHADLEY RACHER & BRAUN LLP
*Attorneys for Mohamed Ahmed Bibas*

George M. Plews (Atty. No. 6274-49)
Colin E. Connor (Atty. No. 28504-49)
Nicholas J. Bognanno (Atty. No. 35744-49)
PLEWS SHADLEY RACHER & BRAUN LLP
1346 North Delaware Street
Indianapolis, IN 46202-2415
Tel: (317) 637-0700
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was served on all counsel of record by the Court's electronic filing system on September 3, 2021.

>Michael G. Gibson (Atty. No. 29665-49)
>Tyler Marie Alford (Atty. No. 32495-29)
>11799 North College Avenue
>Carmel, IN  46032
>Telephone: (317) 740-3249
>
>*Attorneys for Plaintiff, NextGear Capital, Inc.*

*/s/ Nicholas J. Bognanno*
