UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:21-cv-2352-JMS-MJD |
| | ) |
| | ) |
| MOHAMED AHMED BIBAS, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Mohamed Ahmed Bibas has moved the court for a 45-day enlargement of time to file a response to Plaintiff's Complaint so that the parties may implement a recent settlement. The Court, being duly advised, hereby **GRANTS** Plaintiffs' motion. Defendant shall have up to and including October 22, 2021 to file a responsive pleading.

Date: _____       _____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:
Service will be made electronically
on all ECF registered counsel of record
via email generated by the Court's ECF system.