# Nick Bognanno

| | |
|---|---|
| **From:** | Mohamed Bibas <bestbibas@gmail.com> |
| **Sent:** | Tuesday, August 31, 2021 4:25 PM |
| **To:** | Nick Bognanno |
| **Cc:** | Colin Connor |
| **Subject:** | Re: Follow Up |
| **Attachments:** | image001.jpg |

Dear Mr. Bognanno,

Thank you for your email. ████████████████████████████████████████ thank you for your time but I no longer need your assistance.
Thank you again and have a great day
Regards,
Mohamed A Bibas
08/31/2021
MB

On Tue, Aug 31, 2021, 3:59 PM Nick Bognanno <nbognanno@psrb.com> wrote:

> Mohamed,
>
> ████████████████████████████████████████
>
> -Nick
>
> Nick J Bognanno
>
> **Plews Shadley Racher & Braun LLP**
>
> 1346 N. Delaware Street
>
> Indianapolis, IN  46202-2415
>
> Phone (317) 637-0700 Ext. 284
>
> Fax (317) 968-0976
>
> Email nbognanno@psrb.com
>
> Website www.psrb.com

*This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited.  If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.*

**From:** Mohamed Bibas <bestbibas@gmail.com>
**Sent:** Tuesday, August 31, 2021 11:30 AM
**To:** Nick Bognanno <nbognanno@psrb.com>
**Cc:** Colin Connor <CConnor@psrb.com>
**Subject:** Re: Follow Up

Good morning

Please put on hold all legal actions .

On Tue, Aug 31, 2021, 11:04 AM Nick Bognanno <nbognanno@psrb.com> wrote:

> Good morning Mohamed,
>
> Nick J Bognanno
>
> **Plews Shadley Racher & Braun LLP**
>
> 1346 N. Delaware Street
>
> Indianapolis, IN  46202-2415
>
> Phone (317) 637-0700 Ext. 284
>
> Fax (317) 968-0976

Email nbognanno@psrb.com

Website www.psrb.com

*This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited.  If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.*

MB