UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC. )<br>)<br>    Plaintiff, )<br>)<br>v.                    )<br>)<br>)<br>MOHAMED AHMED BIBAS, )<br>)<br>    Defendant. ) | CIVIL ACTION NO. 1:21-cv-2352-JMS-MJD |

**ORDER GRANTING
MOTION TO WITHDRAW APPEARANCE**

George M. Plews, Colin E. Connor and Nicholas J. Bognanno, of the law firm of Plews Shadley Racher & Braun LLP, counsel for the Defendant, Mohamed Ahmed Bibas, having filed their *Motion to Withdraw Appearance*, and the Court having considered said *Motion*, finds said *Motion* should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Appearance of George M. Plews, Colin E. Connor and Nicholas J. Bognanno, of the law firm of Plews Shadley Racher & Braun LLP, on behalf of Defendant, Mohamed Ahmed Bibas, is hereby WITHDRAWN.

SO ORDERED,

_____           _____
Date                                       Mark J. Dinsmore
                                             U.S. Magistrate Judge
                                             Southern District of Indiana

Distribution via ECF to all counsel of record