UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 1:21-cv-2352 |
| | ) |
| MOHAMED AHMED BIBAS, | ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Come now the plaintiff, NextGear Capital, Inc. ("Plaintiff"), by counsel, and defendant Mohamed Ahmed Bibas (the "Defendant"), by counsel, hereby jointly stipulate to the following:

1. Plaintiff's complaint against Defendant shall be dismissed *with prejudice.*

2. Each Party shall bear its own attorney fees and costs.

WHEREFORE, the Parties now voluntarily request the Court dismiss Plaintiff's complaint *witht prejudice*, and with each Party to bear its own attorney fees and costs.

Respectfully submitted this __19__ day of __October__, 2021.

/s Michael G. Gibson
_____
Michael G. Gibson (#29665-49)
11799 North College Ave
Carmel, IN 46032
Telephone: (317) 740-3249
*Attorney for NextGear Capital, Inc*

/s Nicholas J. Bognanno
_____
George M. Plews(#6274-49)
Nicholas J. Bognanno (#35744-49)
Colin E. Connor (#28504-49)
Plews Shadley Racher & Braun LLP
1346 North Delawaare St.
Indianapolis, IN 46202
Telephone: (317) 637-0700
*Attorneys for Defendant*