UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CIVIL ACTION NO. 1:21-cv-2352 ) |
| MOHAMED AHMED BIBAS, | ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

The Plaintiff, NextGear Capital, Inc. ("Plaintiff"), and the defendant, Mohamed Ahmed Bibas (the "Defendant"), each by their respective counsel, having filed their Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the Court having reviewed such Stipulation and being otherwise duly advised,

IT IS HEREBY ORDERED that Plaintiff's complaint against the Defendant is hereby dismissed WITH prejudice, with each party to bear its own attorney fees and costs.

_____                    _____
Date                                                                                  Judge, United States District Court

**DISTRIBUTION:**

(Per CCS)