UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:21-cv-02352-JMS-MJD |
| MOHAMED AHMED BIBAS, | ) ) ) |
| Defendant. | ) |

**ORDER**

This is matter is before the Court on counsel's Motion to Withdraw Appearance. [Dkt. 10.] The Court, being duly advised, hereby **GRANTS** the motion. The appearances of George M. Plews, Colin E. Connor, and Nicholas J. Bognanno on behalf of Defendant are **WITHDRAWN** and **TERMINATED**. The Clerk is directed to update Defendant's contact information on the docket consistent with the distribution of this Order.

SO ORDERED.

Dated: 26 OCT 2021

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.

MOHAMED AHMED BIBAS
4337 Royce Street NE,
Columbia Heights, MN 55421